1   Marguerite L. Brown, Esq. (SBN 108500)
        mbrown@brownbrownklass.com
2   Robert L. Kaufman, Esq. (SBN 066389)
        rkaufman@brownbrownklass.com
3   Brown, Brown & Klass
    28118 Agoura Road, Suite 103
4   Agoura Hills, CA 91301
    Tel:   (818) 597-9590
5   Fax:   (818) 597-9591

6   Attorneys for Defendant
    Landmark American Insurance Company

7

8                 UNITED STATES DISTRICT COURT

9         FOR THE CENTRAL DISTRICT OF CALIFORNIA

10

11  COMMERCIAL WATERPROOFING )   Case No.  CV 08-7148-CAS(VBKx)
    SYSTEMS, INC. dba ERC ROOFING )
12  AND WATERPROOFING, a        )   [proposed and stipulated]
    California Corporation,      )   PROTECTIVE ORDER
13                               )
                 Plaintiff,      )
14                               )
          v.                     )
15                               )
    LANDMARK AMERICAN            )
16  INSURANCE COMPANY, a form of )
    business entity unknown;     )
17  ARROWPOINT CAPITAL CORP., a  )
    form of business entity unknown; )
18  ROYAL & SUN ALLIANCE         )
    INSURANCE CO., a form of business )
19  entity unknown; and DOES 1 through )
    50, inclusive,               )
20                               )
                 Defendants.     )
21  _____ )

22

23          Pursuant to the stipulation of the parties for this order, and good cause being

24  shown, it is hereby ORDERED:

25          1.      Information and Documents produced by the Parties in this case and

26  designated as "Confidential" shall be used solely for the prosecution or defense of

27  this litigation, unless that information or those Documents have become publicly

28

1

BROWN, BROWN & KLASS
ATTORNEYS AT LAW
28118 Agoura Road, Suite 103
Agoura Hills, California 91301
(818) 597-9590

1    available without a breach of the terms of this Order, or upon the further order of a

2    court in other pending Litigation;

3        2.    This Order covers information and Documents that the disclosing

4    party designates "Confidential" or "Confidential Information." The designation

5    shall be limited to information the disclosing party reasonably and in good faith

6    believes is of a proprietary or commercially sensitive nature, or contains personal,

7    private, financial and/or confidential information of the Parties and/or non-parties,

8    or should otherwise be subject to confidential treatment.

9        3.    To designate information or a Document as "Confidential" or

10   "Confidential Information," the disclosing party must so mark it or, in the case of a

11   deposition or hearing transcript, designate it as provided in paragraph 8 herein.

12   The designation may be withdrawn at any time. A cover letter may be used, if

13   appropriate, to designate computerized data as "Confidential" or "Confidential

14   Information."

15       4.    Accidental disclosure of a Confidential Document or of Confidential

16   Information does not waive the protections otherwise attaching thereto. Upon

17   discovery that information was not correctly designated, the disclosing party shall

18   provide notice to the other party that the information was inappropriately

19   designated. The disclosing party shall then have seven business days in which to

20   re-designate the Document or information. In the interim, the Document or

21   information may not be used in a manner inconsistent with the notice.

22       5.    Inadvertent production of a Document or information that the

23   disclosing party later claims should not have been produced because of any

24   privilege ("Inadvertently Produced Privileged Information") will not be deemed to

25   waive any privilege. Upon discovery by a party that it has produced Inadvertently

26   Produced Privileged Information, the disclosing party shall promptly notify the

27   other party of such production, and request the return of the Inadvertently Produced

28   Privileged Information, stating the basis for withholding such information from

BROWN, BROWN & KLASS
ATTORNEYS AT LAW
28118 Agoura Road, Suite 103
Agoura Hills, California 91301
(818) 597-9590

2

Case 2:08-cv-07148-CAS-VBK   Document 18-2   Filed 06/03/2009   Page 3 of 6

1   production. The party receiving such notice and request shall comply therewith

2   within three business days, and shall make no further use of the Document or

3   information. Thereafter, if the party to whom the production originally had been

4   made believes the information or Document claimed to have been Inadvertently

5   Produced Privileged Information, in fact, should be produced, it may make an

6   appropriate motion to the Court to compel that production.

7       6.     Information or Documents designated as Confidential or Confidential

8   Information may be disclosed to, and used by, the following:

9           A.   The Parties, and their respective counsel of record herein;

10          B.   Employees or officials of the Parties having responsibilities

11               related to the subject matter of this litigation, including in-house

12               counsel actively involved in the prosecution or defense of this

13               litigation;

14          C.   The Court in this litigation, and its staff;

15          D.   Court reporters, audio and visual, in this litigation;

16          E.   Special Masters, neutral referees, and/or mediators in this

17               litigation;

18          F.   Consulting or testifying experts for any party;

19          G.   The staff for any of the above; and

20          H.   Any other person or entity authorized in writing by all Parties

21               hereto.

22      7.     Counsel for each party shall be responsible for obtaining, prior to

23   disclosure and as a condition thereof, the written agreement of any person or entity

24   to whom any Confidential Document or Confidential Information is disclosed

25   (other than Parties, their counsel, the Court, and their respective staffs) to be bound

26   by the terms of this Order. Subject to the terms of this Order and the *Federal Rules*

27   *of Civil Procedure* and *Federal Rules of Evidence*, any party may utilize

28   Confidential Information and Documents in the course of a deposition or hearing

BROWN, BROWN & KLASS
ATTORNEYS AT LAW
23811 Agoura Road, Suite 103
Agoura Hills, California 91301
(818) 597-9590

3

1   herein, provided that, prior thereto, any witness thereat has been furnished with a
2   copy of this Order and has agreed in writing to be bound by the terms of this Order.
3   If a non-party witness refuses to execute such an agreement, then, as a substitute
4   therefor and after being provided a copy of this Order, that witness shall be advised
5   on the record that he is subject to sanctions, including contempt for any future
6   violation of this Order.

7       8.    Deposition transcripts shall presumptively be considered to have been
8   designated "Confidential" for a period of ten calendar days following service of the
9   official transcript.  In the interim, the deponent, his counsel, or any other party may
10   specifically designate all or any portions of the transcript as "Confidential," which
11   designation shall remain in effect for the duration of this Order.  The court reporter
12   shall mark the face of the transcript and the container of any video of the
13   deposition accordingly.  The Parties, or either of them, may also make such
14   designations on the record at the deposition or hearing.

15       9.    All pleadings, motions, briefs, memoranda, and related submissions in
16   connection with discovery motions or proceedings in this matter containing
17   Confidential Documents or Information shall be filed under seal.  Said documents
18   may be filed publicly and not under seal if and after, and only if and after, all
19   Confidential material has first been redacted.

20       10.    A party may refer to Confidential Documents and Information in
21   pretrial conferences before the Court, evidentiary hearings, and at trial.  The use of
22   Confidential Documents and Information at trial shall be addressed in the final
23   pretrial order, except that the word "Confidential" shall be removed from the
24   designated documents before they are used at trial.  However, the removal of the
25   word shall not affect the protections afforded the Confidential Document or
26   Information, itself.

27       11.    This Order applies equally to information obtained by, or produced in
28   response to, any subpoena, including information produced by non-parties.

BROWN, BROWN & KLASS
ATTORNEYS AT LAW
28118 Agoura Road, Suite 103
Agoura Hills, California 91301
(818) 597-9590

4

1     12.    If a party reasonably believes that a document or information should
2  not have been designated as confidential, it must specify in a written notice to the
3  designating party the information at issue and the grounds for questioning the
4  designation.  The designating party must respond within ten calendar days to this
5  notice, or within such additional reasonable time as necessitated by the number of
6  documents or amount of information in question as may be agreed to by the Parties
7  or ordered by the Court.  If the party challenging the designation is still not
8  satisfied, it may move the Court to lift the confidentiality designation.  However,
9  unless and until the Court grants that motion, the confidentiality remains in effect.

10     13.    Nothing in this Oder shall:

           A.    Prevent a party from using or disclosing its own information as
it deems appropriate without impairing the confidentiality
obligations imposed upon the other party, persons, and entities
subject to this Order; or

           B.    Prevent a party from asserting the privacy interests of non-
parties where discovery is sought from a party that contains
personal, financial, or other confidential information of such
non-parties.

19     14.    This Order shall survive the termination of this litigation.  Within
20  ninety days of final termination of this litigation, the Parties must return to the
21  other party or destroy all copies of documents and information that were designated
22  confidential during this litigation.  Each party or its counsel of record shall certify
23  in writing within the same period of time that there has been full compliance by
24  that party with the terms of this paragraph.

25     15.    Any party, person, or entity subject to this Order who receives a
26  subpoena or request for production or disclosure of documents or information
27  designated in this action as confidential shall promptly give written notice to the
28  Parties identifying the document(s) and /or information sought, and enclosing

BROWN, BROWN & KLASS
ATTORNEYS AT LAW
28118 Agoura Road, Suite 103
Agoura Hills, California 91301
(818) 597-5990

Case 2:08-cv-07148-CAS-VBK      Document 18-2      Filed 06/03/2009      Page 6 of 6

1  therewith a copy of the subpoena or request.  If any party hereto makes a timely

2  motion or other application for relief to a court of competent jurisdiction within

3  thirty days of this notice, the subpoenaed or requested document(s) and/or

4  information shall not be produced or disclosed without the prior consent of all

5  Parties, unless and until an order of production has been issued by a court of

6  competent jurisdiction

7      16.    Any violation of the terms of this Order may subject the violating

8  person or entity to sanctions, including, but not limited to, contempt and the

9  discovery sanctions of evidentiary or issue preclusion.

10  Dated:  ___6/8/09_____          _Christina A. Snyder_____

UNITED STATES DISTRICT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

BROWN, BROWN & KLASS
ATTORNEYS AT LAW
28118 Agoura Road, Suite 103
Agoura Hills, California 91301
(818) 597-9500